FILED
CLERK, U.S DISTRICT COURT

JUL 3 1 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JOVITA PEREZ-SOTO,

                Petitioner,

    v.

IRENE MARTIN,

              Respondent.

Case NO. SACV 08-0042-VBF (JTL)

**JUDGMENT**

    In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

    IT IS HEREBY ADJUDGED that this action is dismissed for lack of jurisdiction.

DATED: July 31, 2008

VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE